**Felipe Guillermo PENA LAVERDE, Petitioner,**

v.

**John ASHCROFT, U.S. Attorney General, Respondent.**

No. 03–60609
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Decided Dec. 13, 2004.

Pablo Rodriguez, Houston, TX, for Petitioner.

John Ashcroft, Washington, DC, Pro Se.

Thomas Ward Hussey, Director, Washington, DC, Hipolito Acosta, Caryl G. Thompson, Houston, TX, for Respondent.

Before JONES, BARKSDALE, and PRADO, Circuit Judges.

PER CURIAM: *

Felipe Guillermo Pena Laverde petitions for review of the Board of Immigration

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Appeals' (BIA) denial of his motion to re-open and for reconsideration of the Immigration Judge's (IJ) decision. The IJ denied Laverde's application for asylum and withholding of removal. Laverde contends the IJ erred because there was unequivocal evidence that he will be persecuted due to his membership in a particular social group if he is returned to Colombia.

Laverde's petition for review was timely only as to, and sought review only of, the BIA's denial of his motion to reopen and for reconsideration. *See Stone v. INS,* 514 U.S. 386, 395, 115 S.Ct. 1537, 131 L.Ed.2d 465 (1995). Accordingly, we have jurisdiction to review only whether BIA's denial was an abuse of discretion. *See Karimian–Kaklaki v. INS,* 997 F.2d 108, 113 (5th Cir.1993).

Laverde has not addressed the reasons advanced in the BIA's denial of his motion to reopen and for reconsideration. Review of this issue is, therefore, waived. *See Soadjede v. Ashcroft,* 324 F.3d 830, 832 (5th Cir.2003); *see also Brinkmann v. Dallas County Deputy Sheriff Abner,* 813 F.2d 744, 748 (5th Cir.1987).

***DENIED.***

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.